IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREDERICK K. PASOUR, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA HOUSING AUTHORITY | : | NO.  13-2258 |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this *7th* day of *August*, 2013, upon consideration of Defendant Philadelphia Housing Authority's Motion to Dismiss (Docket No. 9), Plaintiff Frederick Pasour's Response in Opposition (Docket No. 13), and Defendant's Reply Brief (Docket No. 14), it is hereby **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Counts II and III of the Amended Complaint are **DISMISSED WITH PREJUDICE.**
2. The Motion is **DENIED** as to Count I**.**

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.