IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICK K. PASOUR, | : |
|         Plaintiff, | :  CIVIL ACTION |
| v. | : |
| PHILADELPHIA HOUSING AUTHORITY, | :  NO.  13-2258 |
|         Defendant. | : |

# ORDER

**AND NOW**, this *17th* day of *December*, 2014, upon consideration of Defendant Philadelphia Housing Authority's Motion for Summary Judgment (Docket No. 30), Plaintiff Frederick K. Pasour's Response in Opposition (Docket No. 36), and Defendant Philadelphia Housing Authority's Reply (Docket No. 38), and having heard the parties' arguments on December 3, 2014, it is hereby **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment is **DENIED.**

2. A **STATUS CONFERENCE** will be held on Wednesday, January 14, 2015 at 2:00 p.m. in the Chambers of the Undersigned.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.